| Date | Pleading Number | |
|---|---|---|
| 6/19/75 | 1. | MOTION & SUPPORTING BRIEF -- Defendant Ryder Truck Lines, Inc. -- for Sec. 1407 treatment of four actions pending in three different district courts. Certificate of Service on counsel and district courts, Schedule A and appearance attached to motion. REQUESTED TRANSFEREE FORUM: Northern District of Georgia |
| 6/30/75 | | APPERANCES -- John R. Myer, Esq., for George Scott; Oscar W. Adams, Esq. for Naran Buchanan; Elijah Noel, Esq. for Frank Netter J. P. Jones, Esq. for Ryder Truck Lines, Inc.; |
| 7/2/75 | | APPERANCE -- G. William Baab, for Southern Confernce of Teamster IBT |
| 7/3/75 | | REQUEST FOR EXTENSION -- International Brotherhood of Teamsters and Southern Conference of Teamsters -- GRANTED to July 9, 1975 only |
| 7/3/75 | | HEARING ORDER -- Setting Hearing A-1 through A-4, July 25, 1975 Minneapolis, Minnesota |
| 7/7/75 | 2 | RESPONSE -- Plaintiffs GEORGE E. SCOTT, CONNELL JOHNSON, MARVEL JACKSON, COLUMBUS TRIMBLE w/cert. of service |
| 7/7/75 | 3 | RESPONSE -- NARAN BUCHANAN w/cert. of service |
| 7/9/75 | | APPERANCE -- Cecil D. Branstetter for Local 480, International Brotherhood of Teamsters, etc. |
| 7/9/75 | 4 | RESPONSE -- International Brotherhood of Teamsters and Southern Conference of Teamsters w/cert. of service |
| 7/10/75 | 5 | RESPONSE -- Frank Netter w/cert. of service |
| 7/11/75 | | REQUEST FOR EXTENSION TO FILE -- JACOB COOK -- w/cert. of service |
| 7/11/75 | 6 | RESPONSE -- Jacob Cook w/cert. of service |
| 7/11/75 | 7 | SUPPLEMENTAL RESPONSE -- Jacob Cook w/cert. of service |
| 7/14/75 | 8. | RESPONSE -- Def. Local 480 of Inter'l Brotherhood of Teamsters, Chauffeur Warehousemen, & Helpers of America |
| 7/17/75 | 9 | RESPONSE -- LOCAL 728 w/cert. of service |
| 7/22/75 | | WAIVER OF ORAL ARGUMENT -- Jacob T. Cook, Truck Drivers and Helpers Local Union No. 728, Naran T. Buchanan, George Scott, Frank Netter, Jr., |
| 7/24/75 | | WAIVER OF ORAL ARGUMENT -- International Brotherhood of Teamsters and Southern Conference of Teamsters, Movant Ryder Truck Lines, Inc. |
| 7/28/75 | | WAIVER OF ORAL ARGUMENT -- Local 480 International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America |
| 12/5/75 | | CONSENT OF TRANSFEREE COURT -- for Judge Charles Moye, Jr. to handle litigation in the N.D. Georgia under Section 1407 |
| 12/5/75 | | OPINION AND ORDER -- Transferring actions pending in W.D. Tenn and M.D. Tenn to the N.D. of Georgia for assignment to Judge Charles A. Moye, Jr. for coordinated or consolidated pretrial under 28 U.S.C. §1407 |
| 12/30/75 | | CORRECTION ORDER -- CorrectionOpinion and Order filed on Dec. 5, 1975 as follows: Page 1, first paragraph, third line from bottom, the word "Western" is stricken and the word Middle is inserted |
| 5/10/76 | | (B-1) JUNIOR LEE DANSBERRY V. RYDER TRUCK LINES, INC., W.D. Tenn C-76-153 -- CTO filed today. Notidied counsel, involved judges |
| 5/26/76 | | (B-1) JUNIOR LEE DANSBERRY v. RYDER TRUCK LINES INC. W.D. TENN C-76-153 CTO Final today. Notified involved clerks and judges |
| 3/7/78 | | B-2 Gibson, etc. v. Mercury Motors, Inc., et al., W.D.TN., C.A.#77-2118(ea CTO FILED TODAY, Notified involved counsel and judges. (ea) |
| 3/23/78 | | B-2 Gibson, etc. v. Mercury Motors, Inc., et al., W.D.TN. C.A.#77-2118 CTO FINAL TODAY. Notified involved clerks and judges. (ea) |

JPML FORM 1A - Continuation                          DOCKET ENTRIES -- p. 2

DOCKET NO. 220 -- IN RE RYDER TRUCK LINES, INC. EMPLOYMENT PRACTICES LITIGATION

| Date | No. Code | |
|---|---|---|
| 3/23/78 | | B-2 Gibson, etc. v. Mercury Motors, Inc., et al., W.D.TENN., C.A. No. 77-2118 |
| | | NOTICE OF OPPOSITION FILED TODAY BY Attorney for Plaintiff Leslie B. Gibson. Notified involved counsel and judges. (ea) |
| | | REQUESTED ADDITIONAL LETTER TO ARRIVE ABOUT APR. 1 to request additional time.(counsel notified by telephone) |
| 4/3/78 | | APPEARANCE -- FREDRICK C. MCLAM, ESQ. for Teamsters Local 728 (cds) |
| 4/7/78 | | HEARING ORDER -- B-2 Leslie B. Gibson, etc. v. Mercury Motors, Inc., et al., W.D. Tenn., # 77-2118, Setting this action for hearing in Philadelphia, Pennsylvania on April 28, 1978 (cds) |
| 4/17/78 | | B-2 Gibson, etc. v. Mercury Motors, Inc.,et al.,W.D.Tenn., C.A.# 77-2118 |
| | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING HEARING ORDER filed today. Notified involved counsel, clerks and judges. (ea) |
| 8/29/78 | | B-3 Coleman v. Mercury Motors, Inc., et al.,W.D. Tenn.,#78-2269 CTO FILED TODAY. Notified involved counsel and Judges. (emh) |
| 9/11/78 | | NOTICE OF OPPOSITION -- (B-3) Coleman v. Mercury Motors, Inc. W.D.Tenn., C.A.No.78-2269 -- Defendant Mercury Motors, Inc.(emh) |
| 9/26/78 | 10 | MOTION/BRIEF TO VACATE CTO -- (B-3) -- Defendant Mercury Motors, Inc. -- w/Exhibits 1 and 2 and w/cert. of svc.(emh) |
| 10/6/78 | | HEARING ORDER -- Setting B-3 Coleman v. Mercury Motors, Inc. et al.,W.D.Tenn.,C.A.No. 78-2269 for hearing to be held in Jacksonville, Florida on 11/1/78. (emh) |
| 10/25/78 | | HEARING APPEARANCE: JOHN F. DICKINSON, ESQ. FOR Mercury Motors, Inc. and its Successor Ryder Truck Lines, Inc. (cds) |

JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p. #3

DOCKET NO. 220 -- IN RE RYDER TRUCK LINES, INC., EMPLOYMENT PRACTICES LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 11/22/78 | | ORDER -- Transferring B-3 Coleman v. Mercury, W.D. Tenn., #78-2269 -- Pending ruling on motion to dismiss or on 1/2/79 if not dismissed -- Not. coun./jdgs./clks. (cs) |
| 80/05/15 | 11 | MOTION, BRIEF, SCHEDULE, EXHIBITS AND CERT. OF SERVICE for Remand of actions (A-1 thru A-4, B-1 thru B-3) -- Deft. Ryder Truck Lines, Inc.   (emh) |
| 80/05/19 | | AMENDED CERT. OF SVC. (Pleading No. 11) -- Ryder Truck Lines, Inc.   (emh) |
| 80/05/23 | | HEARING ORDER -- Setting Motion for Remand of A-1 - A-4 and B-1 - B-3 -- Boston, Mass., June 26, 1980 (cds) |
| 80/06/02 | 12 | RESPONSE, CERT. OF SVC. -- pltf. Willie B. Coleman. (ea) |
| 80/06/02 | 13 | RESPONSE, CERT. OF SVC. -- Defts. Int'l Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, and Southern Conference of Teamsters.   (ea) |
| 80/06/09 | 14 | RESPONSE, CERT. OF SVC. -- Pltf. Buchanan & Gooch.   (ea) |
| 80/06/25 | | HEARING APPEARANCES -- Peter Reed Corbin for Ryder Truck Lines, Inc.; Edward B. Cloutman for IBT and SCT; Oscar W. Adams for Buchanan & Gooch; John R. Myer for Plaintiffs; Robert D. Goldstein for Plaintiffs    (emh) |
| 80/07/09 | | ORDER REMANDING ACTIONS filed today. A-2 Naran Buchanan, et al. v. Ryder Truck Lines, Inc., et al., N.D. Georgia, C.A. No. C75-2400A (M.D. Tenn., 7320); A-3 Jacob T. Cook, Jr., etc. v. Ryder Truck Lines, Inc., C.A. No. C75-2401A (M.D. Tenn., 74-421-NA-CV); A-4 Frank Netter, Jr., etc. v. Ryder Truck Lines, Inc., et al., C.A. No. C-75-2402A (W.D. Tenn., 74-554); B-1 Junior Lee Dansberry v. Ryder Truck Lines, Inc., C.A. No. C76-948A (W.D. Tenn., 76-153); B-2 Leslie B. Gibson, etc. v. Mercury Motors, Inc., et al., C.A. No. C78-702A (W.D. Tenn., 77-2118); B-3 Willie B. Coleman v. Ryder Truck Lines, Inc., C.A. No. 79-13A (W.D. Tenn., 78-2269). Notified involved clerks, counsel and judges. (ds) |

## Description of Litigation

### IN RE RYDER TRUCK LINES, INC., EMPLOYMENT PRACTICES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) 7/25/75  12/5/75

Date(s) of Opinion(s) or Order(s)

Consolidation Ordered  xxx          Name of Transferee Judge  CHARLES A. MOYE, JR.

Consolidation Denied  ____          Transferee District  NORTHERN DISTRICT OF GEORGIA    113E

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | George E. Scott, et al. v. Ryder Truck Lines, Inc., et al. | N.D.Ga. Moye | 17,661 | | | 12/31/81 D | |
| A-2 | Naran Buchanan, et al. v. Ryder Truck Lines, Inc., et al. | M.D.Tenn. Morton | 7320 | 12/5/75 | C75-2400A | 7/9/80 R | |
| A-3 | Jacob T. Cook, Jr. v. Ryder Truck Lines, Inc. | M.D.Tenn. Morton | 74-421-NA-CV | 12/5/75 | C75-2401A | 7/9/80 R | |
| A-4 | Frank Netter, Jr., etc. v. Ryder Truck Lines, Inc., et al. | W.D.Tenn. Brown | 74-554 | 12/5/75 | C75-2402A | 7/9/80 R | |
| B-1 | Junior Lee Dansberry v. Ryder Truck Lines, Inc.  5/10/76 | W.D.Tenn Brown | C76-153 | 5/26/76 | C76-948A | 7/9/80 R | |
| XYZ-1 | Albert Wakefield v. Ryder Truck Lines, Inc. | N.D.Ga. | C76-1576A | | | 1-26-78 D | 1404 to GA |
| B-2 | Leslie B. Gibson, etc. v. Mercury Motors, Inc., et al.  3/7/78  3/23/78 | W.D.Tenn Wilford | 77-2118 | 4/17/78 | C78-702A | 7/9/80 R | 4-17-78 order lifting stay |

DOCKET NO. 220   -- In re Ryder Truck Lines, Inc., Employment Practices Litigation   -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-3 ✓ | Willie B. Coleman v. ~~Mercury Motors~~, Ryder Truck Lines ~~Inc., et al.~~ 8/29/78 | W.D.TENN. Wellford | 78-2269 | ~~11/22/78~~ 1/2/79 | 79-13A -order 11/22/78 | 2/7/80 R | |

July 1979 - 6 TR/2 XY2/1 DIS/2 PDG.
July 1980 - 1 case reopened - 5 PDG.
July 1981 - 6 TR/2 XY2/6 Rem/~~1 DIS~~ 1 PDG.
July 1982 - Closed.

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 220 -- IN RE RYDER TRUCK LINES, INC. EMPLOYMENT PRACTICES LITIGATION

| Plaintiff | Defendant |
|---|---|
| GEORGE E. SCOTT, ET AL. (A-1)<br>John R. Myer, Esquire<br>Crosland, Myer, Rindskopf & Terry<br>2415 National Bank of Georgia Bldg.<br>Atlanta, Georgia 30303 | RYDER TRUCK LINES, INC.<br>J. P. Jones, Esquire<br>Jones, Cordin & Dickinson<br>Post Office Box 41566<br>Jacksonville, Florida 32203 |
| NARAN BUCHANAN, ET AL. (A-2)<br>Oscar W. Adams, Jr., Esquire<br>Adams, Baker and Clemon<br>1600 -2121 Building<br>2121 North Eighth Avenue<br>Birmingham, Alabama 35203 | SOUTHERN CONFERENCE OF TEAMSTERS<br>INTERNATIONAL BROTHERHOOD OF<br>TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN<br>& HELPERS OF AMERICA<br>G. William Baab, Esquire<br>Mullinax, Wells, Mauzy & Babb, Inc.<br>Suite 200, Elmbrook Gardens<br>8204 Elmbrook Drive<br>Dallas, Texas 75247 |
| JACOB T. COOK (A-3)<br>Russell B. Ennix, Esquire<br>1414 Parkway Towers<br>Nashville, Tennessee 37219 | |
| FRANK NETTER, JR., etc. (A-4)<br>Elijah Noel, Jr., Esquire<br>Ratner, Sugarmon, Lucas & Salky<br>525 Commerce Title Building<br>Memphis, Tennessee 38103 | LOCAL NO. 480<br>Cecil D. Branstetter, Esquire<br>Branstetter, Moody & Kilgore<br>216 Third Avenue, North<br>Nashville, Tennessee 37201 |
| JUNIOR LEE DANSBERRY (B-1)<br>Elijah Noel, Jr., Esq.<br>Same as A-4 | LOCAL NO. 667<br>Howard Paul, Esquire<br>Ratcliff, Paul & White<br>514 Dermon Building<br>Memphis, Tennessee 38103 |
| LESLIE B. GIBSON (B-2)<br>Richard B. Fields, Esquire<br>Elijah Noel, Jr., Esquire<br>Ratner, Sugarmon, Lucas, Salky<br>& Henderson<br>525 Commerce Title Bldg.<br>Memphis, Tenn. 38103 | LOCAL NO. 728<br>Fredrick C. McLam, Esq.<br>Suite 240<br>246 Sycamore Street<br>Decatur, Georgia 30030 |
| WILLIE B. COLEMAN (B-3)<br>(Same as A-4)<br>Elijah Noel, Jr., Esquire | MERCURY MOTORS, INC.<br>Company no longer in existence<br>See Counsel for Ryder Truck Lines,<br>Inc. (Successor) |

p. _____

| Plaintiff | Defendant |
|---|---|
| <u>WILLIE B. COLEMAN (B-3)</u> ✓<br>Thomas M. Daniel, Esq.<br>Ratner, Sugarmon, Lucas & Henderson<br>525 Commerce Title Bldg.<br>Memphis, Tenn., 38103<br><br><u>MERCURY MOTORS, INC.</u><br>Peter R. Corbin ✓<br>Jones, Corbin & Dickinson<br>P.O. Box 41566<br>Jacksonville, Florida 32203<br><br>Joe B. Duncan, Esq.<br>(address listed for Mercury Motors) | |

p. _____

MULTIDISTRICT LITIGATION

DOCKET NO. __220__ -- __IN RE RYDER TRUCK LINES, INC. EMPLOYMENT PRACTICES LITIGATION__
dc

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| RYDER TRUCK LINES, INC. | A-1; A-2; A-3; A-4 B-1 B-2, B-3 |
| TRUCK DRIVERS & HELPERS, LOCAL 728 | A-1 |
| SOUTHERN CONFERENCE OF TEAMSTERS | A-1; A-4 B-1 B-2 |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN, & HELPERS OF AMERICA | A-1; A-2; A-4 B-1 B-2 |
| LOCAL 480 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CAHUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICAN | A-2 |
| LOCAL 667, OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA | A-4 B-1 B-2 |
| Mercury Motors | B-3 |